# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR197** |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| **PATRICIA GARCIA-PARDO,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion (Filing No. 22) for a 30-day extension of time to object[1] to the Magistrate Judge's Report and Recommendation (Filing No. 21) recommending that the Defendant's motion to suppress (Filing No. 11) be denied in part and granted in part.

The transcript was filed on July 10, 2008. (Filing No. 20.) The Report and Recommendation was filed on July 20, 2008. (Filing No. 20.) Objections are now due on July 28, 2008. (Filing No. 21.) The reason offered for the requested 30-day extension of time is that counsel needs additional time to examine the transcript and analyze its contents in detail. (Filing No. 22.) The transcript, which includes the Magistrate Judge's findings of fact and conclusions of law, is 112 pages long. One witness testified at the hearing. (Filing No. 16.) The issues do not appear to be unusually complicated. (Filing No. 20.) Therefore, the Court will allow a 14-day extension of time until August 11, 2008, for either party to object to the Report and Recommendation.

IT IS ORDERED that the Defendant's motion for an extension of time (Filing No. 22) to file objections to the Magistrate Judge's Report and Recommendation is granted insofar

---

[1] Defense counsel uses the word "appeal." However, the correct terminology include the filing of "objections." NECrimR 57.3.

as the parties are allowed until August 11, 2008, to file objections to the Report and Recommendation, and otherwise the motion is denied.

DATED this 17th day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge